UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.                                            Case No. 8:11-cr-78-T-30TGW

MICHAEL THOMAS HANLEY

## **FINAL JUDGMENT OF FORFEITURE**

THIS CAUSE comes before the Court upon the filing of the Motion by the United States for a Final Judgment of Forfeiture (Doc. 66), pursuant to 21 U.S.C. § 853(n)(7) and Fed. R. Crim. P. 32.2(c)(2), for the following:

       a.      One Taurus 9mm pistol, model: PT111 PRO, serial number: TAN20261;

       b.      One Hi-Point .380 caliber pistol, model: CF380, serial number: P876779 loaded with magazine clip and 6 rounds of Remington .380 caliber ammunition; and

       c.      One AA Arms Inc. 9mm pistol, model: AP-9, serial number: 045149 with 9mm magazine clip inserted.

Being fully advised in the premises, the Court finds that on March 8, 2012, a Preliminary Order of Forfeiture was entered, forfeiting to the United States all right, title, and interest of defendant Hanley in the firearms and ammunition. Doc. 60.

The Court further finds that the forfeiture was included in the Judgment in a Criminal Case. Docs. 62 and 63.

The Court further finds that in accordance with the provisions of 21 U.S.C. § 853(n) and Fed. R. Crim. P. 32.2(b)(6)(C), the United States published notice of the forfeiture and of its intent to dispose of the firearms and ammunition on the official government website, www.forfeiture.gov, from March 9, 2012 through April 7, 2012. Doc. 64.  The publication gave notice to all third parties with a legal interest in the firearms and ammunition to file with the Office of the Clerk, United States District Court, Middle District of Florida, Sam Gibbons Federal Courthouse, 2nd Floor, 801 North Florida Avenue, Tampa, Florida 33602, a petition to adjudicate their interest within sixty (60) days of the first date of publication.

The Court further finds that no person or entity, other than the defendant Hanley, whose interest was forfeited to the United States in the Preliminary Order of Forfeiture, is known to have an interest in the firearms and ammunition.  No third party has filed a petition or claimed an interest in the firearms and ammunition, and the time for filing a petition has expired.  Accordingly, it is hereby

ORDERED, ADJUDGED, and DECREED that for good cause shown, the United States' motion (Doc. 66) is GRANTED.

It is FURTHER ORDERED that pursuant to the provisions of 21 U.S.C. § 853(n)(7) and Fed. R. Crim. P. 32.2(c)(2), all right, title and interest in the firearms and ammunition is CONDEMNED and FORFEITED to the United States for disposition according to law.

Clear title to the firearms and ammunition is now vested in the United States of America.

**DONE** and **ORDERED** in Tampa, Florida on May 15, 2012.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

<u>Copies to:</u>
Counsel/Parties of Record

F:\Docs\2011\11-cr-78.forfeit fj 66.wpd